```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  GEORGE S. CARDONA (Cal. Bar No. 135439)
    Chief Assistant United States Attorney
 3  CHRISTINE C. EWELL
    Assistant United States Attorney
 4  Chief, Criminal Division
         United States Courthouse
 5       312 North Spring Street, 12th Floor
         Los Angeles, California 90012
 6       Telephone: (213) 894-8323
         Facsimile: (213) 894-2535
 7  Attorneys for Plaintiff
    United States of America
 8
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 92-186-R |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER DENYING |
| | ) DEFENDANT'S MOTION TO REDUCE |
| v. | ) SENTENCE PURSUANT TO 18 U.S.C. |
| | ) § 3582(C)(2) |
| REGINO ARMENTA-LOPEZ, | ) |
| Defendant. | ) |

On January 22, 2008, defendant Regino Armenta-Lopez filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a recent retroactive amendment to the United States Sentencing Guidelines which lowered the base offense levels applicable under U.S.S.G. § 2D1.1 to cocaine base ("crack") offenses. The government filed an opposition to defendant's motion on February 20, 2008, and defendant filed a reply on March 27, 2008. The court conducted a hearing on the motion, at which both defendant and his counsel, Federal Public Defender Sean Kennedy, were present, on March 31, 2008. Having considered the papers filed by the parties, as well as the representations to

the court at the hearing, the court finds and orders as follows:

It is undisputed that defendant was sentenced based on an offense level determined based on application of the guidelines for methamphetamine, not cocaine base ("crack"). Accordingly, the retroactive amendment to the guidelines applicable to cocaine base ("crack") offenses is inapplicable to defendant, and defendant is not eligible for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Therefore, defendant's motion must be, and it is, denied.

DATED: April 7, 2008      _____
                             HON. MANUEL L. REAL
                             United States District Judge

Presented by:


   /S/
George S. Cardona
Chief Assistant United States Attorney
    Attorney for Plaintiff
    United States of America